DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAFAEL BURGOS-VAZQUEZ** and **JUAN GOMEZ,**
Appellants,

v.

**JP MORGAN CHASE BANK,** National Association, as successor to
**WASHINGTON MUTUAL BANK,**
Appellee.

No. 4D15-2210

[March 23, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lynn Rosenthal, Judge; L.T. Case No. CACE08034579 (11).

Rafael Burgos-Vazquez and Juan Gomez, Hollywood, pro se.

W. Aaron Daniel and Elliot B. Kula of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

Appellants Juan Gomez, the sole defendant in the underlying foreclosure case, and Rafael Burgos-Vazquez, who has joined in the appeal despite not having been a party to the underlying action, claim to challenge an order rendered on May 7, 2015, denying Mr. Gomez's motion to cancel the foreclosure sale. This order itself is non-final and non-appealable. Moreover, the initial brief on appeal raises issues solely addressed to the final judgment of foreclosure entered on January 5, 2009. This appeal is untimely from the final judgment. Fla. R. App. P. 9.110(b). We therefore dismiss this appeal.

CIKLIN, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*